STATE *vs.* PATRICK H. COLLINS.

A bicycle is a "carriage or vehicle" within the meaning of Pub. Stat. R. I. cap. 66, § 1,
  which requires any person travelling on a highway with a carriage or vehicle to turn out
  to the right on meeting another person so travelling.

EXCEPTIONS to the Court of Common Pleas.

*December* 11, 1888.   PER CURIAM.   The question raised by the
exceptions is whether a bicycle is a carriage or vehicle within the
meaning of Pub. Stat. R. I. cap. 66, § 1, which enacts that "Every
person travelling with any carriage or other vehicle, who shall
meet any other person so travelling on any highway or bridge,
shall seasonably drive his carriage or vehicle to the right of the
centre of the travelled part of the road, so as to enable such per-
son to pass with his carriage or vehicle without interference or in-
terruption."   We are of the opinion that it is a carriage or vehicle
which carries a person mounted upon it, and which is propelled
and driven by him.   The word "vehicle" is certainly broad enough
to include any machine which is used and driven on the travelled
part of the highway, for the purpose of conveyance upon the high-
way.   The purpose of the section is to prevent accident or colli-

sion, and such accident or collision may happen from a bicycle and other carriage meeting, unless the rule laid down in the section is observed. In *Taylor* v. *Goodwin*, L. R. 4 Q. B. Div. 228, it was decided that a bicycle is a carriage within the act which forbids the driving of any sort of carriage "furiously so as to endanger the life or limb of any passenger."

Exceptions overruled, and case remitted to Court of Common Pleas for sentence.